Filed: 8/14/2015 2:57:56 PM
Susan Jackson
District Clerk
Kendall County, Texas

**Cause No. 13-212**

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
8/19/2015 10:36:44 AM
KEITH E. HOTTLE
Clerk

| | | |
|---|---|---|
| ROBERTSON ELECTRIC, INC., | § | IN THE DISTRICT COURT |
| | § | |
| Plaintiffs, | § | |
| vs. | § | |
| | § | 216TH JUDICIAL DISTRICT |
| SELECT BUILDING SYSTEMS, INC., | § | |
| TRI-BAR RANCH, LTD., | § | |
| G & R LAND COMPANY, INC., and | § | |
| RODNEY R. LEWIS, | § | |
| | § | |
| Defendants. | § | KENDALL COUNTY, TEXAS |

## NOTICE OF APPEAL

TO THE HONORABLE JUDGE OF THIS COURT:

Notice is hereby given that Defendant Select Building Systems, Inc., desires to appeal the Final Judgment signed May 28, 2015, to the Fourth Court of Appeals in San Antonio, Texas.

Pursuant to Texas Rule of Appellate Procedure 26.1(d), any cross notice of appeal should be filed within 14 days after the date this Notice is filed.

Respectfully submitted,

**DEALEY, ZIMMERMANN, CLARK,
MALOUF & BLEND, P.C.**

By: /s/ Tom C. Clark
   Tom C. Clark
   State Bar No. 04298750
   3131 Turtle Creek Blvd., Ste. 1201
   Dallas, Texas 75219
   Telephone: (214) 559-4400
   Facsimile: (214) 559-4466
   E-mail: tclark@texlex.com

**ATTORNEYS FOR DEFENDANT
SELECT BUILDING SYSTEMS, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of August 2015, a true and correct copy of the above foregoing document was served in accordance with Rule 21a of the Texas Rules of Civil Procedure via efile.txcourts.gov.

/s/ Tom C. Clark
Tom C. Clark